■

**Rahn Sherwyn HALL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 48663.**

Missouri Court of Appeals,
Western District.

June 28, 1994.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Rahn Sherwyn Hall appeals dismissal of his Rule 24.035 motion for untimely filing. We affirm. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Richard W. PETERS, Appellant.**

**No. 19006.**

Missouri Court of Appeals,
Southern District,
Division Two.

June 28, 1994.

Larry Maples, Joplin, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Clate J. Baker, Asst. Atty. Gen., Springfield, for respondent.

GARRISON, Judge.

Richard Peters (Appellant) was committed to the Department of Mental Health on March 14, 1988, after he was found not guilty